UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, et al., <br><br> Movants, <br><br> vs. <br><br> BURNS AND ROE ENTERPRISES, INC., et al., <br><br> Respondents/Debtors. | Chapter 11 <br><br> Civil Action No. 2:07-cv-1851 (KSH) <br><br> On Appeal from Bankruptcy <br><br> Case Nos. 00-41610 and 05-47946 (RG) (Jointly Administered) <br><br> Sat Below: <br> Hon. Rosemary Gambardella |

## AGREED ORDER

This matter coming before the Court on Movants' Unopposed Motion for Leave to File Designation of Items to be Included in the Record on Appeal and a Statement of the Issues to be Presented, pursuant to the agreement of the parties, and the Court being fully advised in the premises, it is hereby ORDERED:

1. CNA's Unopposed Motion for Leave to File Designation of Items to be Included in the Record on Appeal and a Statement of the Issues to be Presented is GRANTED.

ENTERED: 6·7·07

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

Prepared by Counsel for Movants

Charles A. Booth (CB 4809)
Cushing O. Condon (CC 1711)
Anthony Presta (AP 4684)

121383v1